STATE EX REL. RIBON *v.* PETER CRABTREE

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Stephen I. Traub,* assistant city attorney, for the appellee (defendant).

*J. Roger Shull,* for the appellant (plaintiff).

Argued October 4—decided October 4, 1972

THE NORWICH ROMAN CATHOLIC DIOCESAN
CORPORATION *v.* THE SOUTHERN NEW
ENGLAND CONTRACTING
COMPANY ET AL.

The appellant's brief having been filed, the motion by the defendants to dismiss the appeal from the Superior Court in New London County is denied.

*Martin S. Michelson,* for the appellees (defendants).

*Jackson T. King, Jr.,* for the appellant (plaintiff).

Argued October 4—decided October 4, 1972

GENNERO PIZZOLA ET AL. *v.* PLAINVILLE PLANNING
AND ZONING COMMISSION ET AL.

The plaintiffs' motion to dismiss the defendant Zenga's notice of petition for certification for appeal from the Court of Common Pleas in Hartford County is dismissed for the reason that, no petition for certification having been filed or granted, the matter is not pending in this court.

*David J. Harrigan,* for the plaintiffs.

*James H. Shulman,* for the defendant Zenga.

Argued October 4—decided October 4, 1972